### JOHNSON v. THE STATE.

(Decided May 14, 1914.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. W. E. FORT.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General for the State.

WALKER, P. J.—No error in the record.   Affirmed.

---

### JOHNSON v. THE STATE.

(Decided June 11, 1914.)

APPEAL from Barbour Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General for the State.

Per curiam.   Appeal dismissed.

---

### JONES v. THE STATE.

(Decided June 16, 1914.)

APPEAL from Pike Law Court.

Heard before Hon. T. L. BORUM.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General for the State.

WALKER, P. J.—No error in the record.   Affirmed.

---

### KITTRELL v. THE STATE.

(Decided June 9, 1914.)

APPEAL from Limestone Circuit Court.

Heard before Hon. D. W. SPEAKE.

J. E. HORTON, for appellant.   R. C. BRICKELL, Attorney General for the State.

Per curiam.   Appeal dismissed.